DARLENE C. VIGIL
State Bar No. 223442
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 - Fax
File No. 1752906
sdcaecf@BDFGroup.com

Attorneys for Secured Creditor
HSBC BANK USA AS TRUSTEE FOR
LUMINENT 2006-3, ITS ASSIGNS
AND/OR SUCCESSORS IN INTEREST and
Respondent ONEWEST BANK, F.S.B.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SANDALLO M. TELEBRICO,<br><br><br>Debtor. | CASE NO.:   10-07643-LA-13<br><br>CHAPTER:    13<br><br><br>ONEWEST BANK, F.S.B's WITNESS LIST IN RESPONSE TO ORDER TO SHOW CAUSE<br><br>Hearing:<br>Date:   January 19, 2011<br>Time:   9:30 a.m.<br>Dept.:   1 |

///

///

///

///

1
ONEWEST BANK, F.S.B.'S WITNESS LIST IN RESPONSE TO ORDER TO SHOW CAUSE - Page 1 of 2
Southern/San Diego/00000001749894

Respondent ONEWEST BANK, F.S.B. presents the following witness list:

1. Justin Rock, Regional Manager, OneWest Bank, F.S.B.
2. Darlene C. Vigil

          BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Dated: January 11, 2011    By:    ___/s/ Darlene C. Vigil_____
          Darlene C. Vigil, Attorneys for Secured Creditor
          HSBC BANK USA AS TRUSTEE FOR LUMINENT 2006-3,
          ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST and
          Respondent ONEWEST BANK, F.S.B.

CERTIFICATION OF SERVICE

I, Darlene C. Vigil the undersigned, whose address appears below, certify:

That I am at all times hereinafter mentioned was, over the age of eighteen and not a party to this bankruptcy case or adversary proceeding.  My business address is:  20955 Pathfinder Road, Diamond Bar, California 91765.

That on January 12, 2011, I caused to be served a true copy of OneWest Bank, F.S.B.'s Witness List in Response to Order to Show Cause on all interested parties in said case, by placing a true copy thereof in a sealed envelope in the United States mail first class, postage prepaid, and/or with an overnight mail service addressed and/or by NEF notice as follows:

SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATE: January 12, 2011            By:    /s/ Darlene C. Vigil_____
                                          DARLENE C. VIGIL

## SERVICE LIST

**BY US FIRST CLASS MAIL:**

**DEBTOR**
SANDALLO M. TELEBRICO
9261 Longridge Way
San Diego, CA 92126

**DEBTOR'S ATTORNEY**
MARJAN MORTAZAVI
MORTAZAVI & ASSOCIATES
501 West Broadway, Suite 510
San Diego, CA 92101

**CHAPTER 13 TRUSTEE**
THOMAS H. BILLINGSLEA
530 B Street, Ste. 1500
San Diego, CA 92101