# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | SANDALLO M TELEBRICO |
| **Case Number:** | 10-07643-LA13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 19, 2011 09:30 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### *Matters:*

1) ORDER TO SHOW CAUSE WHY INDYMAC MORTGAGE SERVICES, ONEWEST BANK, RANDALL MILLER & ASSOCIATES, CHRISTOPHER HOO, BARRETT DAFFIN FRAPPIER TREDER & WEISS, AND DARLENE VIGIL SHOULD NOT APPEAR BEFORE THE COURT TO EXPLAIN WHY THEY SHOULD NOT BE HELD IN CONTEMPT OR SANCTIONED

2) EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM STAY, RS #CJH-1 FILED BY ONEWEST BANK (fr. 11/15/10)

3) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE FILED BY TRUSTEE (fr. 12/22/10)

4) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY HSBC BANK USA (fr. 12/22/10)

### *Appearances:*

GREGORY HIGHNOTE, ATTORNEY FOR SANDALLO TELEBRICO
DARLENE VIGIL, ATTORNEY FOR HSBC BANK USA
CHRISTOPHER HOO, ATTORNEY FOR ONEWEST BANK
EDWARD TREDER, ATTORNEY FOR ONEWEST BANK
TODD HEADDEN, ATTORNEY FOR TRUSTEE
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE

### *Disposition:*

1 - 4) Continued to 3/11/11 @ 9:30 AM, Department 1. Status report to be submitted by 3/4/11.